JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA B. A.,<br><br>                    Plaintiff,<br><br>        v.<br><br>ANDREW M. SAUL, Commissioner of<br>Social Security,<br><br>                    Defendant. | Case No. 2:19-cv-02550 AFM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Reversing and Remanding Decision of Commissioner filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Order.

DATED:  1/10/2020

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE